| 215P16 | State v. Mickey Gene Mellon | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-459) | 1. |
| | | 2. State's Motion for Temporary Stay | 2. Allowed **06/15/2016** |
| | | 3. State's Petition for *Writ of Supersedeas* | 3. |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. |
| 217P16 | State v. Ali Mahamed Sheikh and Abdulkadir Sharif Ali | 1. Def's (Abdulkadir Sharif Ali) PDR Under N.C.G.S. § 7A-31 (COA15-688) | 1. Denied |
| | | 2. Def's (Ali Mahamed Sheikh) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (Abdulkadir Sharif Ali) Motion to Amend PDR | 3. Allowed |
| 218P16 | Mike Campbell, Rhonda Campbell, Gail Campbell, John Fox, Jr., Sylvia Fox, Alan Harpe, Robin Harpe, Bill Sherrill, Norma Jean Sherrill, Richard Gordon, Susanne Gordon, Joe Brown, Patty Hewitt, Larry Marlin, First RX Pharmacy, Beth Bush, Charles McNiel, Carol McNiel, Nga Amador, Jack Moore, Maria Moore, Jody Parlier, Cathy Parlier, David Lynch, Judith Lynch, Victor McIntyre, Louise McIntyre, Brian Fox, Carrie Norman, Charles Johnson, Mary Johnson Landrea, Rhyne, Tom Brandon, Sara Brandon, Michael Kepley, Sandy Kepley, Vince Cherry, James Fox Worthy, Sheila Fox Worthy, Chuck Dockery, Kim Dockery, Bill Murdock, Jeannie Murdock, Shirley Silva, Brent Warren, Michelle Warren, Jim Howard, | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA15-329) | Denied |

| | Janet Howard, HCRI North Carolina Properties III, LP DBA Brookdale Senior Living Center, Louise Gordon, Travis Blackwelder, Statesville Bovine and Equine Center, Jared Reimann, Aimee Reimann, Lee Shepard, Cecil Davis, Imogene Davis, John Strikeleather, III, Heritage Knitting Company, LLC, Judy Voelske, Voelske Automotive, Cooney Properties, LLC, and Dr. Chip Cooney

v.

The City of Statesville, North Carolina, Love's Travel Stops & Country Stores, Inc., and Roserock Holdings, L.L.C. | | |
|---|---|---|---|
| 220P16 | State v. Julie Watkins | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1221) | Denied |
| 222P16 | State v. Jeffrey Castillo | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-855)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 223P16 | North Carolina Department of Public Safety v. Chauncey John Ledford | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-595) | Allowed |
| 225P16 | Charles Anthony Ball v. James M. Ellis, Administrator of Estate | Plt's *Pro Se* Motion for PDR | Denied **06/30/2016** |